727 A.2d 1108

**Edward A. KREUTZER, et al., Respondents,**

v.

**MONTEREY COUNTY HERALD CO., f/k/a Pittsburgh Press Co., Petitioner.**

Supreme Court of Pennsylvania.

April 13, 1999.

254

John A. McCreary, Jr., Pittsburgh, Ernest E. Vargo, Cleveland, OH, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 13th day of April 1999, the petition for allowance of appeal is **GRANTED**.